NUELDA W. JOHNSON, Respondent, v. LLOYD BUNNELL, Appellant, et al., Defendant.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

LAURA R. KARLEY et al., Respondents, v. MICHAEL A. DOHERTY, Appellant.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

DIANA KIND, Appellant, v. LOUIS KIND, Respondent.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

MAX KROTMAN, an Infant, by MILTON KROTMAN, His Guardian ad Litem, et al., Respondents, v. TEMPLE BETH SHOLOM, Defendant-Appellant, and Third-Party Plaintiff-Appellant. HARVEY DUBROW, Third-Party Defendant-Respondent.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

SAMUEL LAMPERT, Respondent, v. BITONTINA CONGREGAZIONE DIMUTUO SOCCORSO S.S. COSMA E. DAMIANO OF BROOKLYN, NEW YORK, INC., Appellant. — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

ARNOLD MALKAN, as a Stockholder of General Instrument Corporation, Successor by Reason of Statutory Merger to General Transistor Corp., Suing on Behalf of Himself and All Other Stockholders of Said Corporation, Appellant, v. HERMAN FIALKOV et al., Respondents, et al., Defendant.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

LUCY MANFREDI et al., Appellants, v. DOROTHY GRIFFIN et al., Respondents. DOROTHY D. GRIFFIN et al., Plaintiffs, v. ANNA LA MOTTO, Defendant.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

RITA OLSON, as Administratrix of the Estate of HARRY A. OLSON, Deceased, Plaintiff, v. 480 PARK AVENUE CORP. et al., Defendants. 480 PARK AVENUE CORPORATION, Third-Party Plaintiff-Respondent, v. ALLWYN CONTRACTING CO., INC., Third-Party Defendant-Appellant.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.